Effie F. Anastassiou, State Bar No. 96279
Denis Klavdianos, State Bar No. 225925
L. Paul Hart, State Bar No. 237766
Anastassiou & Associates
242 Capitol Street
Post Office Box 2210
Salinas, California 93902
Telephone:   (831) 754-2501
Facsimile:   (831) 754-0621

Attorneys for Plaintiff
MANNY LAWRENCE SALES CO., INC.

*E-FILED - 1/9/07*

## U. S. DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| MANNY LAWRENCE SALES CO., INC., a California corporation,<br><br>       Plaintiff,<br><br>v.<br><br>THE ALPHAS COMPANY, INC., a Massachusetts corporation, JOHN S. ALPHAS aka YANNI ALPHAS, individually, and PETER S. ALPHAS, individually,<br><br>       Defendant. | **Case No. 06-05882-RMW**<br><br>**ORDER FOR DISMISSAL** |

## ORDER

Based upon the stipulation of counsel and parties, it is hereby ordered that the proceeding be dismissed with prejudice.

IT IS SO ORDERED.

Dated: 1/9/07        /s/ Ronald M. Whyte
                     U.S. District Judge

Manny Lawrence Sales Co., Inc. v. Alphas, et al.                                    Order for Dismissal
Case No. 06-05882

1

| | |
|---|---|
| 1 | Court Service List |
| 2 | |
| 3 | Effie F. Anastassiou, Esq. |
|   | Anastassiou & Associates |
| 4 | 242 Capitol Street |
|   | Post Office Box 2210 |
| 5 | Salinas, CA 93902 |
| 6 | John S. Alphas, a.k.a. Yanni Alphas |
|   | Peter S. Alphas |
| 7 | The Alphas Company, Inc. |
|   | 87-89 New England Produce Ctr. |
| 8 | Chelsea, MA 02150 |

F:\LAW\Alphas\SettlementDocs\OrderreDismissal.wpd

Manny Lawrence Sales Co., Inc. v. Alphas, et al.            Order for Dismissal
Case No. 06-05882

2